IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-371-RJC-DSC

| | |
|---|---|
| RANDY WADE RUMFELT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| QUEENS UNIVERSITY OF CHARLOTTE, | ) |
| JOHNNIE RAVENELL, and | ) |
| CAMPUS POLICE OFFICERS A, B & C, | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court sua sponte following the filing by Defendants of a "Statement Noting Death" (document #27). It appears from an obituary in the Charlotte Observer that pro se Plaintiff Randy Wade Rumfelt died on July 2, 2011.

The Court hereby **STAYS** this action until August 31, 2011 to allow sufficient time for the appointment of a personal representative for Plaintiff's estate and for that personal representative to file a motion to be substituted as party plaintiff in this action.

The Clerk is directed to send copies of this Order to the pro se Plaintiff's last known address (414 Park Drive, Belmont, NC 28012); to defense counsel; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.  Signed: July 11, 2011

David S. Cayer
United States Magistrate Judge