# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:10-cv-371-RJC-DSC

| | |
|---|---|
| RANDY WADE RUMFELT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>QUEENS UNIVERSITY OF )<br>CHARLOTTE, JOHNNIE RAVENELL, )<br>and CAMPUS POLICE OFFICERS A, B & )<br>C, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** comes before the Court on the defendants' Motion to Dismiss, (Doc. No. 24), and the Magistrate Judge's Memorandum and Recommendation ("M&R"), recommending that this Court dismiss the case, (Doc. No. 29).

The defendants filed a statement noting Plaintiff Randy Wade Rumfelt's ("Plaintiff") death on July 11, 2011. (Doc. No. 27). Federal Rule of Civil Procedure 25(a)(1) provides that if no motion to substitute a proper party is made within ninety days after service of such a statement, the Court must dismiss Plaintiff's action. See Brooks v. Arthur, 626 F.3d 194, 196 n.1 (4th Cir. 2010). No party has come forward to prosecute this action on behalf of Plaintiff's estate. Ninety days have passed since the defendants filed their statement nothing Plaintiff's untimely death. Therefore, the Court must dismiss this action.

**IT IS, THEREFORE, ORDERED** that:

1. Plaintiff's case is **DISMISSED**; and

2. The Defendants' Motion to Dismiss, (Doc. No. 24), is **DISMISSED as moot**.

Signed: October 10, 2011

Robert J. Conrad, Jr.
Chief United States District Judge